IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Shines, Patricia A | Case Number: 08 B 16948 |
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 6/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: February 6, 2009
Confirmed: September 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,180.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,102.77 |
| Trustee Fee: | | 77.23 |
| Other Funds: | | 0.00 |
| Totals: | 1,180.00 | 1,180.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 1,102.77 |
| 2. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Wachovia Dealer Services | Secured | 8,866.67 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 973.75 | 0.00 |
| 6. | Carrington Mortgage Services, LLC | Secured | 3,739.31 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,372.34 | 0.00 |
| 8. | PRA Receivables Management | Unsecured | 798.22 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,125.61 | 0.00 |
| 10. | Wachovia Dealer Services | Unsecured | 39.14 | 0.00 |
| 11. | Great American Finance Company | Unsecured | 240.00 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 495.49 | 0.00 |
| 13. | Fremont Investment & Loan | Secured | | No Claim Filed |
| 14. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| | | | $ 21,124.53 | $ 1,102.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 42.58 |
| 6.6% | 34.65 |
| | $ 77.23 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Shines, Patricia A

Printed: 03/24/09

Case Number:  08 B 16948
Judge: Hollis, Pamela S
Filed:  6/30/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*